

**SIGNED THIS 3rd day of September, 2020**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re
**Thomas K Newman**                                        **Chapter 13**
                                                           **Case No 15-51113**

**Debtor(s)**

### ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) 7/15/2020**,** having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:

**Plan must provide 100% to unsecured creditors pursuant to 11 U.S.C. §1325(a)(4) [Chapter 7], and Debtor(s) shall amend this confirmed plan to pay 100% if allowed claims exceed plan funding.**

**To the extent that the Letter/Agreement filed by George Newman on February 1, 2016, as docket number 26, may articulate an objection to confirmation, such objection is overruled.  George Newman was not present at the hearing on April 6, 2016, in support of any such objection.  In addition, the claim #7 filed by George Newman on December 28, 2015, shall be allowed and paid as a general unsecured claim in the amount of $5,000.**

**Trustee withdraws Certification to Dismiss.**

**\*\*\*End of Order\*\*\***

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net

SEEN AND AGREED

/s/ Hannah W. Hutman
Hannah W. Hutman
VSB # 79635
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, VA 22801
Phone: 540-433-2444
Fax: 540-433-3916
HHutman@hooverpenrod.com

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.